IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., AARON J. WESTRICK, PH.D., | CV No. 04-0280 |
| Plaintiffs, | Judge Richard W. Roberts Magistrate Judge Alan Kay |
| v. | |
| SECOND CHANCE BODY ARMOR, INC., et al., | |
| Defendants. | |

## DEFENDANTS TOYOBO CO., LTD. AND TOYOBO AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Toyobo Co., Ltd. and Toyobo America, Inc. (collectively, "Toyobo") respectfully move for partial summary judgment, seeking dismissal of the United States' claims under the False Claims Act, 31 U.S.C. § 3729(a)-(c), in Counts 1, 2, and 3 of the Amended Complaint that are premised on the "at least 40,549" Zylon-containing bullet-resistant vests purchased by federal agencies off of the General Service Administration's ("GSA") Multiple Award Schedule ("MAS"). *See* Am. Compl. ¶ 27 (Rec. Doc. 38).[1]

For the reasons more fully set forth in the accompanying Memorandum of Points and Authorities, even if Second Chance's Zylon-containing vests (or Zylon itself for that matter) are "defective" as the United States alleges—facts that Toyobo vigorously disputes but which the Court need not reach for purposes of this motion—that does not render Second Chance's invoices for those vests "false or fraudulent" under the False Claims Act.

## LOCAL CIVIL RULE 7(F) REQUEST FOR ORAL HEARING

Toyobo respectfully requests an oral hearing on its Motion for Partial Summary Judgment.

## LOCAL CIVIL RULE 7(M) STATEMENT

Because this motion is dispositive as to certain of the United States' claims against Toyobo under the False Claims Act, there is no requirement that the parties meet and confer prior to its filing.

---

[1] At this time, in order to simplify the Court's analysis, Toyobo is not moving for summary judgment on the United States' claims related to the "approximately 11,455 Second Chance vests" that federal agencies allegedly purchased "directly from Second Chance or from Second Chance distributors," Am. Compl. ¶ 31, or the "[a]t least 10,253 claims for reimbursement for Second Chance Zylon vests" submitted to the United States by grantees under the Bullet Proof Vest Partnership Grant Act of 1998 ("BPVPGA"), Am. Compl. ¶ 30. Although those claims are not subject to this motion, they likely suffer from the same threshold defect identified in this motion.

Dated: January 9, 2012

                                         /s/ Michael J. Lyle
                                         Michael J. Lyle, Esq.
                                         Eric C. Lyttle, Esq.
Stephen A. Gibbons, Esq.
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940

Konrad L. Cailteux, Esq.
B. Keith Gibson, Esq.
Jed P. Winer, Esq.
Jeremy T. Grabill, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Defendants*
*Toyobo Co., Ltd. and*
*Toyobo America, Inc.*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 9, 2012, Defendants Toyobo Co., Ltd. and Toyobo America, Inc.'s Motion for Partial Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.  I also served the foregoing on the following *pro se* defendants via First Class Mail:


Thomas E. Bachner, Jr.
P.O. Box 206
Eastport, MI 49627

Larry McCraney
700 LaPenninsula Blvd., Apt. 404
Naples, FL 34113

Karen McCraney
700 LaPenninsula Blvd., Apt. 404
Naples, FL 34113

Richard C. Davis
P.O. Box 577
Central Lake, MI 49622


                                /s/ Michael J. Lyle
                              Michael J. Lyle, Esq.