IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., AARON J. WESTRICK, PH.D.,<br><br>  Plaintiffs,<br><br>v.<br><br>SECOND CHANCE BODY ARMOR, INC., et al.,<br><br>  Defendants. | CV No. 04-0280<br><br>Judge Richard W. Roberts |

**TOYOBO CO., LTD. AND TOYOBO AMERICA INC.'S
NOTICE OF WITHDRAWAWL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.6(b), Michael J. Lyle, Eric C. Lyttle, Jeremy T. Grabill, and Susannah G. Heyworth hereby withdraw their appearance as attorneys of record for Weil, Gotshal & Manges LLP in the above-captioned matter. Toyobo will continue to be represented by current counsel of record.

Dated: April 19, 2103

   /s/  Holly E. Loiseau
Holly E. Loiseau, Esq., D.C. Bar 452442
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940
holly.loiseau@weil.com

Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
konrad.cailteux@weil.com

*Attorneys for Defendants*
*Toyobo Company, Ltd. and*
*Toyobo America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2013, the foregoing Notice of Withdrawal of Appearance was filed using the CM/ECF system, which shall send notice to all counsel of record.

I also caused to be served the foregoing on the following parties via First Class Mail postage prepaid and e-mail:

**Counsel for the United States**:

Alicia J. Bentley, Esq.
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
Patrick Henry Building
601 D Street, N.W.
Washington, D.C.  20004
(Alicia.Bentley@usdoj.gov)

**Counsel for Relator, Aaron J. Westrick**:

Stephen M. Kohn, Esq.
KOHN, KOHN & COLAPINTO LLP
3233 P Street, N.W.
Washington, D.C.  20007
(smk@kkc.com)

*Pro Se* **Defendants**:

Thomas E. Bachner, Jr.
P.O. Box 206
Eastport, MI 49627
(edbachner@gmail.com)

Richard C. Davis
P.O. Box 577
Central Lake, MI 49622
(richardclintondavis@gmail.com)

                                                /s/  Holly E. Loiseau
                                              Holly E. Loiseau, Esq.