UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>AARON J. WESTRICK, Ph.D.,<br><br>Plaintiffs,<br><br>v.<br><br>SECOND CHANCE BODY ARMOR, INC.,<br>et al.,<br><br>Defendants. | Civil No. 04-0280 (RWR) |

**NOTICE OF MOTION OF THE UNITED STATES OF AMERICA
FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS
TOYOBO CO. LTD. AND TOYOBO AMERICA, INC.
PURSUANT TO FED. R. CIV. PROC. 56 OR, IN THE ALTERNATIVE,
FOR SUMMARY ADJUDICATION OF ISSUES**

PLEASE TAKE NOTICE THAT Plaintiff, the United States of America, hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting partial summary judgment on the United States' claims under the False Claims Act, 31 U.S.C. § 3729, *et seq.* for the presentment of false claims (31 U.S.C. § 3729(a)(1)) and for the making of false statements in order to get a false claim paid (31 U.S.C. § 3729(a)(2)) against Defendants Toyobo Co. Ltd. and Toyobo America, Inc. (collectively Toyobo). In the alternative, the United States seeks summary adjudication of issues against Toyobo.

The United States brings this motion for partial summary judgment on the grounds that there is no disputed issue of material fact as to Toyobo's liability for violations of the False

Claims Act, 31 U.S.C. § 3729(a)(1) and (a)(2).[1]  From December 13, 2001 to September 8, 2003, Toyobo caused to be presented false claims for payment to agencies of the United States Government for Ultima ballistic vests manufactured by Second Chance Body Armor, Inc. (Second Chance).

This motion is based upon the accompanying memorandum of points and authorities, the separate statement of undisputed material facts, the Declarations of Steven A. Baker, Kellie M. Stoker, Stuart Leigh Phoenix, Ph.D. and Alicia J. Bentley, the accompanying excerpts of testimony, and the exhibits concurrently filed, and all of the pleadings and records in this Court's file in this matter.

Because this motion is dispositive as to Toyobo's liability for the false claims to the United States and false statements under 31 U.S.C. § 3729(a)(1) and (a)(2), there is no requirement that the parties meet and confer prior to its filing pursuant to D.D.C. Local Rule 7(m).

Dated: May 15, 2013

Respectfully submitted,

STUART F. DELERY
ACTING ASSISTANT ATTORNEY
GENERAL

*/s/ Michael D. Granston*

MICHAEL D. GRANSTON

---

[1] In 2010, Congress amended the False Claims Act. Fraud Enforcement and Recovery Act of 2009 (FERA).  These amendments resulted in changes to the prior section 31 U.S.C. § 3729(a)(2) and the renumbering of the provisions of the False Claims Act. Because this Court determined that the FERA amendments did not apply retroactively to this case, the United States will use the numbering system of the prior version of the False Claims Act which is applicable to this case throughout this motion. Dkt. No. 228 (5/4/10 Order re: Toyobo's motion for reconsideration of its motion to dismiss).

ALAN E. KLEINBURD
ALICIA J. BENTLEY
A. THOMAS MORRIS
JENNIFER CHORPENING
J. JENNIFER KOH
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:    202-616-9854
Fax:   202-305-7797

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Stephen M. Kohn and David K. Colapinto, counsel for the relator; and Holly Elizabeth Loiseau, counsel for defendants Toyobo America, Inc. and Toyobo Co., Ltd.

I further certify that on the same date, a paper copy of the forgoing document was served by United States Mail, first class, postage prepaid on the following parties:

Counsel for Defendants Toyobo Co. Ltd. and Toyobo America, Inc.:

Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York   1015

*Pro Se* Defendants:

Mr. Richard C. Davis
P.O. Box 577
Central Lake, MI 49622

Mr. Thomas Edgar Bachner, Jr.
3020 Torch Pointe Lane
P.O. Box 206
Eastport, MI   49627

_____
Alicia J. Bentley