**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel.</u>,<br>AARON J. WESTRICK, Ph.D.,<br><br>Plaintiffs,<br><br>v.<br><br>SECOND CHANCE BODY ARMOR, INC.<br>*et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV No. 04-0280<br><br>Chief Judge Richard W. Roberts |

**UNOPPOSED MOTION OF THE UNITED STATES OF
AMERICA TO MODIFY UNSEALED EXHIBITS TO THE
DECLARATION OF ALICIA J. BENTLEY IN SUPPORT
OF THE UNITED STATES' MOTION FOR PARTIAL
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
SUMMARY ADJUDICATION OF ISSUES, AGAINST
DEFENDANTS TOYOBO CO. LTD. AND TOYOBO
AMERICA, INC.**

Plaintiff, the United States of America, requests the following exhibits to the Declaration of Alicia J. Bentley in support of the United States motion for partial summary judgment, which were previously filed on May 15, 2013[1], be modified and filed under seal:

1. Exhibit 172 (email between Kenichi Tsuji and Makoto Wakatsuki, dated April 19, 2002). This document bears Bates Numbers ITP030243-46 and was produced by Itochu. The original version of this document is in Japanese. A certified translation has been provided. This document was designated as confidential by Itochu under the protective orders in this case and, without addressing the appropriateness of this designation, the United States will file this document under seal.

---

[1] Pursuant to Local Rule 7(m), counsel for the United States and Toyobo met and conferred by email on August 16, 2013 and Toyobo counsel does not oppose the United States' motion to modify unsealed exhibits of Dkt No. 344 (10). The United States did not consult with *Pro Se* Defendants Thomas Edgar Bachner, Jr. and Richard C. Davis because they were not parties to the motion.

2. Exhibit 177 (Teijin Shoji, Co. Ltd. email, dated August 31, 2000). This document bears Bates Number NIT 006658 and was produced by Third Party Teijin Shoji, Co. Ltd. This document was designated as confidential by Teijin Shoji under the protective orders in this case and, without addressing the appropriateness of this designation, the United States will file this document under seal.

3. Exhibit 178 (memo from Toyobo to Teijin Shoji Co. Ltd). This document bears Bates Number NIT 002904 and was produced by Third Party Teijin Shoji, Co. Ltd. The original version of this document is in Japanese. A certified translation has been provided. This document was designated as confidential by Teijin Shoji under the protective orders in this case and, without addressing the appropriateness of this designation, the United States will file this document under seal.

4. Exhibit 179 (document entitled "NITSU Company Literature Zylon Cloth Sales"). This document bears Bates Numbers NIT 002963 and was produced by Third Party Teijin Shoji, Co. Ltd. The original version of this document is in Japanese. A certified translation has been provided. This document was designated as confidential by Teijin Shoji under the protective orders in this case and, without addressing the appropriateness of this designation, the United States will file this document under seal.

5. Exhibit 180 (email between Susumu Kameyama and Takashi Yoshiumura, dated December 26, 2001. It bears Bates Numbers NIT 008358 – 362 and was produced by Third Party Teijin Shoji, Co. Ltd. The original version of this document is in Japanese. A certified translation has been provided. This document was designated as confidential by Teijin Shoji under the protective orders in this case and, without addressing the appropriateness of this designation, the United States will file this document under seal.

The United States' inadvertently filed these exhibits on May 15, 2013, without sealing and now seek to seal.

Dated: August 16, 2013

> Respectfully submitted,
>
> STUART F. DELERY
> ACTING ASSISTANT ATTORNEY
> GENERAL
>
> /s/
> MICHAEL D. GRANSTON
> ALAN E. KLEINBURD
> ALICIA J. BENTLEY
> A. THOMAS MORRIS
> JENNIFER CHORPENING
> J. JENNIFER KOH
> ATTORNEYS
> U.S. Department of Justice
> Commercial Litigation Branch
> P.O. Box 261
> Ben Franklin Station
> Washington, D.C. 20044
> Tel:     202-616-9854
> Fax:    202-305-7797

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Stephen M. Kohn and David K. Colapinto, counsel for the relator; and Holly Elizabeth Loiseau, counsel for defendants Toyobo America, Inc. and Toyobo Co., Ltd.

I further certify that on the same date, a paper copy of the forgoing document was served by United States Mail, first class, postage prepaid on the following parties:

Counsel for Defendants Toyobo Co. Ltd. and Toyobo America, Inc.:

Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153

*Pro Se* Defendants:

Mr. Richard C. Davis
P.O. Box 577
Central Lake, MI 49622

Mr. Thomas Edgar Bachner, Jr.
3020 Torch Pointe Lane
P.O. Box 206
Eastport, MI 49627

_____
Alicia J. Bentley