**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, AARON J. WESTRICK, PH.D., | CV No. 04-0280 |
| Plaintiffs, | Judge Richard W. Roberts Magistrate Judge Alan Kay |
| v. | |
| SECOND CHANCE BODY ARMOR, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. 07-1144 |
| Plaintiffs, | Judge Richard W. Roberts Magistrate Judge Alan Kay |
| v. | |
| TOYOBO CO., LTD. and TOYOBO AMERICA, INC., | |
| Defendants. | |

**TOYOBO CO., LTD.'S AND TOYOBO AMERICA, INC.'S**
**MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF**
**PLAINTIFF'S EXPERT DR. ALAN LESSER**

Pursuant to Rule 702 of the Federal Rules of Evidence, defendants Toyobo Co., Ltd. and Toyobo America, Inc. (collectively, "Toyobo") respectfully move to preclude the United States' proffered expert, Dr. Alan Lesser, who purports to testify based upon his expert report submitted in *United States ex rel. Westrick v. Second Chance Body Armor, Inc.*, CV No. 04-0280, *see* March 15, 2012 Expert Report of Dr. Alan Lesser ("3/15/12 Lesser Rpt."), attached as Exhibit 1 to the November 1, 2013 Declaration of Natalie R. Blazer ("11/1/13 Blazer Declaration"), as well as his expert report submitted in *United States v. Toyobo Co., Ltd.*, CV No. 07-1144, *see* April 25, 2012 Expert Report of Dr. Alan Lesser ("4/25/12 Lesser Rpt."), attached as Exhibit 4 to the 11/1/13 Blazer Declaration, from offering certain opinions and testimony at trial.

For reasons more fully set forth in the accompanying Memorandum of Points and Authorities, incorporated herein by reference, certain proposed opinions and testimony of the United States' proffered expert, Dr. Alan Lesser, regarding the relationship between fiber properties and ballistic performance, Zylon's suitability for use in bullet-resistant vests, and the alleged "misleading" effect of Toyobo's data disclosures are beyond Dr. Lesser's expertise and unreliable; therefore they should be excluded.

### LOCAL CIVIL RULE 7(F) REQUEST FOR ORAL HEARING

Toyobo respectfully requests an oral hearing on its Motion to Exclude Certain Opinions and Testimony of Plaintiff's Expert Dr. Alan Lesser.

### LOCAL CIVIL RULE 7(M) STATEMENT

Pursuant to Local Civil Rule 7(m), the parties met and conferred by telephone regarding this motion on September 16, 2013.  The United States opposes this motion.

Dated: November 1, 2013

/s/ Holly E. Loiseau
Holly E. Loiseau, Esq.
DC Bar No. 452442
Christopher D. Barraza, Esq.
DC Bar No. 1012941
Meghan A. McCaffrey, Esq.
DC Bar No. 993442
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940
holly.loiseau@weil.com
christopher.barraza@weil.com
meghan.mccaffrey@weil.com

Konrad L. Cailteux, Esq.
*Admitted Pro Hac Vice*
B. Keith Gibson, Esq.
*Admitted Pro Hac Vice*
Jed P. Winer, Esq.
*Admitted Pro Hac Vice*
Natalie R. Blazer, Esq.
*Admitted Pro Hac Vice*
Lisa Sokolowski, Esq.
*Admitted Pro Hac Vice*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
konrad.cailteux@weil.com
keith.gibson@weil.com
jed.winer@weil.com
natalie.blazer@weil.com
lisa.sokolowski@weil.com

*Attorneys for Defendants*
*Toyobo Co., Ltd. and*
*Toyobo America, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, Defendants Toyobo Co., Ltd. and Toyobo America, Inc.'s Motion to Exclude Certain Opinions of Plaintiff's Expert Dr. Alan Lesser was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.  I also served the foregoing on the following *pro se* defendants via First Class Mail:


Thomas E. Bachner, Jr.
P.O. Box 206
Eastport, MI 49627

Richard C. Davis
P.O. Box 577
Central Lake, MI 49622



   /s/ Holly E. Loiseau
Holly E. Loiseau, Esq.