**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, AARON J. WESTRICK, PH.D., <br><br>  Plaintiffs, <br><br> v. <br><br> SECOND CHANCE BODY ARMOR, INC., *et al.*, <br><br>  Defendants. | CV No. 04-0280 <br><br> Judge Richard W. Roberts <br> Magistrate Judge Alan Kay |
| UNITED STATES OF AMERICA, <br><br>  Plaintiffs, <br><br> v. <br><br> TOYOBO CO., LTD. and TOYOBO AMERICA, INC., <br><br>  Defendants. | CV No. 07-1144 <br><br> Judge Richard W. Roberts <br> Magistrate Judge Alan Kay |

**REQUEST FOR STATUS CONFERENCE BY ALL PARTIES**

Plaintiffs the United States of America and Relator Aaron J. Westrick, Ph.D., and Defendants Toyobo Co. Ltd. and Toyobo America, Inc. (collectively Toyobo), and Thomas Edgar Bachner, Jr. and Richard C. Davis (collectively *Pro Se* Defendants) (all collectively the Parties), respectfully request a status conference in <u>United States ex rel. Westrick v. Second Chance Body Armor, Inc., et al.</u> (D.D.C. No. 04-0280 (RWR)) (<u>Second Chance</u> case). The United States and Toyobo hereby make the same request in <u>United States v. Toyobo Co. Ltd., et al.</u> (D.D.C. No. 07-1144 (RWR)) (<u>Toyobo</u> case).

All discovery, both fact and expert discovery, in both matters has been completed. The Parties have completed briefing on their respective motions for partial summary judgment as of July 31, 2013 in the Second Chance case and as of August 29, 2013 in the Toyobo case. The Parties have also completed briefing on their respective motions to exclude expert witnesses pursuant to Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), *et al.,* as of February 3, 2014. The United States has submitted an initial exhibit list to Toyobo in an effort to resolve any issues of admissibility of Toyobo's documents prior to trial. Similarly, Toyobo has submitted an initial exhibit list to the United States in an effort to resolve any issues of admissibility of the United States' documents prior to trial. The United States has circulated a stipulation to Toyobo in an effort to stipulate to certain invoice and payment issues concerning the Zylon vests purchased by various federal agencies.[1]

The Parties request a status conference with the Court to discuss the issues related to scheduling and the filing of motions *in limine*, exhibit lists, witness lists, and trial briefs, as well as the final pre-trial conferences. Because of the size and complexity of these cases, the Parties seek the Court's guidance in order to structure the preparation and filing of all pretrial materials in an orderly and timely fashion. Likewise, the Parties seek to discuss scheduling of any Daubert hearings the Court chooses to hold due to various logistical issues with Toyobo's foreign national expert witnesses, Toyobo's non-English speaking expert witness who will require a Japanese translator with a technical background, and two of the United States' expert witnesses who teach at universities outside of this jurisdiction.

---

[1] Previously, the United States and Toyobo have stipulated to the number of Toyobo invoices for Zylon fiber and to the admissibility of certain Toyobo-Dow Joint Development Project documents. *See* Second Chance Dkt. Nos. 330 & 331; Toyobo Dkt. Nos. 82 & 83.

The Parties have consulted with each other and propose the following dates for the status conference:

>   Friday, March 14, 2014;

>   Friday, April 11, 2014;

>   Friday, May 9, 2014; or

>   Friday, May 23, 2014.

The United States and Toyobo request that the status conference for both cases be held on the same day with the status conference in the Second Chance case being conducted first, followed by the status conference in the Toyobo case.

Respectfully submitted,

Dated:   March 4, 2014

>   STUART F. DELERY
>   ASSISTANT ATTORNEY GENERAL


>   By:   /s/ Alicia J. Bentley
>   MICHAEL D. GRANSTON
>   ALAN E. KLEINBURD
>   ALICIA J. BENTLEY
>   A. THOMAS MORRIS
>   JENNIFER CHORPENING
>   JENNIFER KOH
>   ATTORNEYS
>   U.S. Department of Justice
>   Commercial Litigation Branch
>   P.O. Box 261
>   Ben Franklin Station
>   Washington, D.C. 20044
>   Tel:   202-616-9854
>   Fax:   202-305-7797

Dated: March 4, 2014

                KOHN, KOHN & COLAPINTO, LLP

By: /s/ Stephen M. Kohn
STEPHEN M. KOHN
3233 P Street, N.W.
Washington, D.C. 2007-2756
Tel: (202) 342-6980
Fax: (202) 342-6984

Dated: March 4, 2014

                WEIL, GOTSHAL & MANGES, LLP

By: /s/ Holly E. Loiseau
HOLLY E. LOISEAU
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 682-7144
Fax: (202) 857-0940

KONRAD L. CAILTEUX
B. KEITH GIBSON
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

Counsel for Defendants
Toyobo Co., Ltd. and Toyobo America, Inc.

Dated:   March 4, 2014

                              By:   /s/ Thomas Edgar Bachner, Jr.
                                    THOMAS EDGAR BACHNER, JR.
                                    Thomas Edgar Bachner, Jr.
                                    P.O. Box 206
                                    Eastport, MI 49627

                                    Defendant *Pro Se*

Dated:   March 4, 2014

                              By:   /s/ Richard C. Davis
                                    RICHARD C. DAVIS
                                    P.O. Box 577
                                    Central Lake, MI 49622

                                    Defendant *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, the foregoing Status Report and Request for Status Conference By All Parties was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

I also caused to be served the foregoing on the following parties via First Class Mail postage prepaid:

Counsel for the United States of America:

Alicia J. Bentley, Esq.
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

*Pro Se* Defendants:

Mr. Richard C. Davis
P.O. Box 577
Central Lake, MI 49622

Mr. Thomas Edgar Bachner, Jr.
3020 Torch Pointe Lane
P.O. Box 206
Eastport, MI 49627

   /s/ Holly E. Loiseau
   Holly E. Loiseau