UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AARON J. WESTRICK, Ph.D., | Civil No. 04-0280 (RWR) |
| Plaintiffs, | Hon. Richard W. Roberts |
| v. | |
| SECOND CHANCE BODY ARMOR, INC. et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No. 1:07-CV-1144 (RWR) |
| Plaintiff, | Hon. Richard W. Roberts |
| v. | |
| TOYOBO COMPANY, LTD., et al., | |
| Defendants. | |

**FIFTH SUPPLEMENTAL JOINT STATUS REPORT OF ALL PARTIES**

Pursuant to the January 10, 2013 Minute Order of this Court, Plaintiff the United States of America and Relator Aaron J. Westrick, Ph.D. (Relator), and Defendants Toyobo Co. Ltd. and Toyobo America, Inc. (collectively Toyobo), Thomas Edgar Bachner, Jr., and Richard C. Davis (collectively *Pro Se* Defendants) hereby submit the following Supplemental Joint Status Report in United States *ex rel.* Westrick v. Second Chance Body Armor, Inc., *et al.* (D.D.C. No. 04-0280 (RWR)) (Second Chance case). In addition, all parties respectfully request that a post-discovery status conference be scheduled.

The United States and Toyobo also respectfully request that a similar post-discovery status conference in the related matter, United States v. Toyobo Co., Ltd., et al. (D.D.C. No. 07-1144 (RWR)) (Toyobo case), be held immediately after the status conference in the Second Chance case.

Previously, the parties have proposed potential dates for the post-discovery status conference. Second Chance Dkt. Nos. 338, 341, 371, 440; Toyobo Dkt. Nos. 86, 90, 120, 174. The parties now supplement those dates with four potential dates in October 2014:

    (a)    Thursday, October 9, 2014;

    (b)    Thursday, October 16, 2014;

    (c)    Friday, October 24, 2014; or

    (d)    Wednesday, October, 29, 2014.

A post-discovery status conference is appropriate as all discovery in these cases is closed. Additionally, all summary judgment briefing in both cases was completed by August 27, 2013 and all briefing on motions *in limine* relating to expert witnesses under Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993) in both cases was completed by February 3, 2014.

The parties continue to negotiate in good faith to attempt to resolve certain procedural issues concerning the trial and related briefing without the Court's involvement.

                        Respectfully submitted,

Dated:    September 15, 2014

                        STUART F. DELERY
                        ASSISTANT ATTORNEY GENERAL

                        By: /s/
                        MICHAEL D. GRANSTON
                        ALAN E. KLEINBURD
                        ALICIA J. BENTLEY
                        A. THOMAS MORRIS

JENNIFER CHORPENING
J. JENNIFER KOH
ATTORNEYS
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:   202-616-9854
Fax:   202-305-7797

Dated:     September __, 2014

KOHN, KOHN & COLAPINTO, LLP

By: *Stephen M. Kohn /GB*
*(with permission)*
STEPHEN M. KOHN
3233 P Street, N.W.
Washington, D.C. 2007-2756
Tel:   (202) 342-6980
Fax:   (202) 342-6984

Dated:     September 15, 2014

WEIL, GOTSHAL & MANGES, LLP

By: *Konrad S. Cailteux*
KONRAD L. CAILTEUX
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8904
Fax:   (212) 310-8007

Dated:     September 15, 2014

By: *Thomas Edgar Bachner*
THOMAS EDGAR BACHNER, JR.
P.O. Box 206
Eastport, MI 49627
*(with permission)*
*KLC*

Defendant *Pro Se*

Dated: September 15, 2014

By: /s/ Richard C. Davis (with permission) KLC
RICHARD C. DAVIS
P.O. Box 577
Central Lake, MI 49622

Defendant *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16th, 2014, the Joint Status Report of All Parties was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

I also caused to be served the foregoing on the following parties via First Class Mail postage prepaid:

Counsel for Defendants Toyobo Co. Ltd. and Toyobo America, Inc.:

Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  1015

*Pro Se* Defendants

Mr. Richard C. Davis, *pro se*
P.O. Box 577
Central Lake, MI 49622

Mr. Thomas Edgar Bachner, Jr., *pro se*
3020 Torch Pointe Lane
P.O. Box 206
Eastport, MI  49627

_____
Alicia J. Bentley