# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, AARON J. WESTRICK, PH.D., <br><br> Plaintiffs, <br><br> v. <br><br> SECOND CHANCE BODY ARMOR, INC., *et al.*, <br><br> Defendants. | CV No. 04-0280 <br><br> Judge Richard W. Roberts <br> Magistrate Judge Alan Kay |
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOBO CO., LTD. and TOYOBO AMERICA, INC., <br><br> Defendants. | CV No. 07-1144 <br><br> Judge Richard W. Roberts <br> Magistrate Judge Alan Kay |

## REQUEST FOR STATUS CONFERENCE BY ALL PARTIES

Plaintiffs the United States of America and Relator Aaron J. Westrick, Ph.D., and Defendants Toyobo Co. Ltd. and Toyobo America, Inc. (collectively Toyobo), and Thomas Edgar Bachner, Jr. and Richard C. Davis (collectively *Pro Se* Defendants) (all collectively the Parties), respectfully request a status conference in United States ex rel. Westrick v. Second Chance Body Armor, Inc., et al. (D.D.C. No. 04-0280 (RWR)) (Second Chance case).  The United States and Toyobo hereby make the same request in United States v. Toyobo Co. Ltd., et al. (D.D.C. No. 07-1144 (RWR)) (Toyobo case).

All discovery, both fact and expert, has been completed in both matters.  The Parties have completed briefing on their respective motions for partial summary judgment as of July 31, 2013 in the Second Chance case and as of August 29, 2013 in the Toyobo case.  The Parties have also completed briefing on their respective motions to exclude expert witnesses pursuant to Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), *et al.,* as of February 3, 2014.  The United States has submitted an initial exhibit list to Toyobo in an effort to resolve any issues of admissibility of Toyobo's documents prior to trial.  Similarly, Toyobo has submitted an initial exhibit list to the United States in an effort to resolve any issues of admissibility of the United States' documents prior to trial.  The United States also has circulated a stipulation to Toyobo in an effort to stipulate to certain invoice and payment issues concerning the Zylon vests purchased by various federal agencies.[1]

Furthermore, in January 2015 the Toyobo Defendants and the United States met to discuss a number of trial-related issues, including: potential stipulations that could eliminate the need to file certain motions *in limine*; witness lists; jury instructions; verdict forms; certified translations of Japanese documents that the parties intend to use at trial; whether to try the Second Chance and Toyobo cases together or separately; and any procedures that may be necessary to accommodate the *Pro Se* defendants.

The Parties request a status conference with the Court to discuss these and other trial-related issues, such as trial briefs and the final pre-trial conferences.  Because of the size and complexity of these cases, the Parties seek the Court's guidance in order to structure the preparation and filing of all pretrial materials in an orderly and timely fashion.  The Parties also

---

[1] Previously, the United States and Toyobo have stipulated to the number of Toyobo invoices for Zylon fiber and to the admissibility of certain Toyobo-Dow Joint Development Project documents.  *See* Second Chance Dkt. Nos.  330 & 331; Toyobo Dkt. Nos. 82 & 83.

seek the Court's guidance regarding juror questionnaires, procedures regarding the *Pro Se* defendants' presentation of their case at trial, and whether to bifurcate the Second Chance and Toyobo cases.  Likewise, the Parties seek to discuss scheduling of any Daubert hearings the Court chooses to hold due to various logistical issues with Toyobo's foreign national expert witnesses, Toyobo's non-English speaking expert witness who will require a Japanese translator with a technical background, and three of the United States' expert witnesses who teach at universities outside of this jurisdiction.

The Parties have consulted with each other and have agreed that they will make themselves available at the Court's convenience, or provide proposed dates if the Court so desires.

The United States and Toyobo request that the status conference for both cases be held on the same day with the status conference in the Second Chance case being conducted first, followed by the status conference in the Toyobo case.

Dated:        January 28, 2015

Respectfully submitted,

STUART F. DELERY
ASSISTANT ATTORNEY GENERAL

By:   /s/  Alicia J. Bentley
     MICHAEL D. GRANSTON
     ALAN E. KLEINBURD
     ALICIA J. BENTLEY
     A. THOMAS MORRIS
     JENNIFER CHORPENING
     JENNIFER KOH
     ATTORNEYS
     U.S. Department of Justice
     Commercial Litigation Branch
     P.O. Box 261
     Ben Franklin Station

|  |  |
|---|---|
|  | Washington, D.C. 20044<br>Tel:   202-616-9854<br>Fax:   202-305-7797 |
| Dated:   January 28, 2015 |  |
|  | KOHN, KOHN & COLAPINTO, LLP |
|  | By:   /s/ Stephen M. Kohn<br>STEPHEN M. KOHN<br>3233 P Street, N.W.<br>Washington, D.C.  2007-2756<br>Tel:   (202) 342-6980<br>Fax:   (202) 342-6984 |
| Dated:   January 28, 2015 |  |
|  | WEIL, GOTSHAL & MANGES, LLP |
|  | By:   /s/ Konrad L. Cailteux<br>KONRAD L. CAILTEUX<br>DIANE P. SULLIVAN<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   (212) 310-8000<br>Fax:   (212) 310-8007 |
|  | CHRISTOPHER D. BARRAZA<br>1300 Eye Street, NW, Suite 900<br>Washington, D.C.   20005<br>Tel:   (202) 682-7210<br>Fax:   (202) 857-0940 |
|  | Counsel for Defendants<br>Toyobo Co., Ltd. and Toyobo America, Inc. |
| Dated:   January 28, 2015 |  |
|  | By:   /s/  Thomas Edgar Bachner, Jr.<br>Thomas Edgar Bachner, Jr.<br>P.O. Box 206<br>Eastport, MI 49627 |

        Defendant *Pro Se*

Dated:  January 28, 2015

      By:  /s/ Richard C. Davis
         Richard C. Davis
         P.O. Box 577
         Central Lake, MI 49622

         Defendant *Pro Se*