UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., AARON J. WESTRICK, Ph.D., | ) ) ) ) | Civil Action No. 04-0280 (PLF) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SECOND CHANCE BODY ARMOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | Civil Action No. 07-1144 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TOYOBO COMPANY, LTD., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that the United States' motion for reconsideration [Dkt. 450 in Civil Action No. 04-0280 and Dkt. 184 in Civil Action No. 07-1144] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that the beginning of Toyobo's alleged fraud for all claims is July 2001; it is

FURTHER ORDERED that only the following claims survive summary judgment and shall proceed to trial:

1. Common law claims of fraud and unjust enrichment against all defendants concerning both the BPVGPA and the GSA MAS;

2. Fraudulent inducement under the FCA against all defendants concerning both the BPVGPA and the GSA MAS;

3. Express and implied false certification under the FCA against all defendants concerning only the GSA MAS and limited to the United States' theory that the Second Chance's 6% catalog guarantee was a durability requirement.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: July 14, 2017                             United States District Judge