UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AARON J. WESTRICK, Ph.D., | )<br>) Civil No. 04-0280 (PLF) |
| Plaintiffs, | )<br>) Hon. Paul L. Friedman<br>) |
| v. | )<br>) |
| SECOND CHANCE BODY ARMOR, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### JOINT MOTION OF UNITED STATES OF AMERICA, RELATOR AARON J. WESTRICK, Ph.D., AND DEFENDANTS TOYOBO CO. LTD. AND TOYOBO AMERICA, INC. TO CONTINUE THE TRIAL DATE

Pursuant to Local Civil Rule 16.1(b), the United States of America, Relator Aaron J. Westrick, and Defendants Toyobo Co. Ltd. and Toyobo America, Inc. (collectively "Toyobo") jointly move for a continuance of the Final Pre-Trial Conference currently scheduled for March 5, 2018, and for the trial in this matter currently scheduled to begin on March 6, 2018.

Following the conclusion of the Pre-Trial Conference on February 22, 2018, Toyobo made a proposal to resolve this matter that the United States' trial team has recommended for approval within the Department of Justice (DOJ). In order to obtain approval and avoid unnecessary waste of the Court's and potential jurors' time, the United States, Toyobo, and Relator request that the Court vacate the Final Pre-Trial Conference and trial as currently scheduled.

The United States, Toyobo, and Relator propose to notify the Court by March 14, 2018, of the status of the parties' proposed resolution and to suggest a new trial date in June 2018 for the trial of this entire matter in the event that the case is not resolved against Toyobo. In the

event that the United States, Relator, and *Pro Se* Defendant Richard C. Davis are unable to resolve this matter, they will suggest a date for a trial against Mr. Davis only, to be concluded well before April 20, 2018, to avoid interfering with the Court's schedule in other matters.

Mr. Davis opposes this request and has notified the Court of his preference to begin trial on March 12, 2018.

Dated:   February 26, 2018

Respectfully submitted,

CHAD READLER
ACTING ASSISTANT ATTORNEY GENERAL

MICHAEL D. GRANSTON
SARA McLEAN
ALICIA J. BENTLEY
A. THOMAS MORRIS
JENNIFER CHORPENING
J. JENNIFER KOH
MARY CHRIS DOBBIE
ZACHARY S. WILLIAMS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 616-9854
Fax:  (202) 305-7797

*Counsel for the United States of America*

STEPHEN M. KOHN
DAVID COLAPINTO
KELSEY CONDON

TODD YODER
3233 P Street, N.W.
Washington, D.C. 2007-2756
Tel: (202) 342-6980
Fax: (202) 342-6984

*Counsel for Relator Aaron J. Westrick, Ph.D.*


KONRAD L. CAILTEUX
DIANE P. SULLIVAN
JED P. WINER
EMILY PINCOW
CAROLYN DAVIS
ALEXIS KELLERT
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel. (212) 310-8904
Fax: (212) 310-8007

*Counsel for Toyobo Co. Ltd. and Toyobo
America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, the forgoing document was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

I also caused to be served the foregoing on the following parties via First Class Mail postage prepaid:


*Pro Se* Defendant:

Mr. Richard C. Davis, *pro se*
P.O. Box 577
Central Lake, MI 49622